UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NIGEL ANTHONY HIBBERT (A-Number: 208-593-916),

Petitioner,

v.

WARDEN, CENTRAL VALLEY ANNEX DETENTION FACILITY, et al.,

Respondents.

Case No. 1:26-cv-4441-DC-JDP (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF No. 13)

Petitioner, an immigration detainee proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 2, 2026, the magistrate judge filed findings and recommendations herein, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (ECF No. 13.) Neither party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 2, 2026 (ECF No. 13), are ADOPTED;

2. Petitioner Nigel Anthony Hibbert's (A-Number: 208-593-916) first amended petition for a writ of habeas corpus (ECF No. 7) is GRANTED as follows:

   a. Respondents are ORDERED to, within seven (7) days of the date of entry of this order, provide Petitioner with a bond hearing before an immigration judge where Respondents bear the burden of establishing by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight to justify his continued detention, and Petitioner shall be allowed to have counsel present;

   b. Within 24 hours of the date of entry of this order, Respondents shall personally serve Petitioner with the order and file proof of such service on the docket;

3. The Clerk of the Court is directed to serve this order on the Central Valley Annex Detention Facility; and

4. The Clerk of the Court is ordered to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated: **July 16, 2026**

Dena Coggins
United States District Judge